**Juana PELICO–PEREZ, Petitioner,**

v.

**IMMIGRATION AND NATURALIZA-
TION SERVICE; John Ashcroft, At-
torney General, Respondents.**

**No. 03–70990.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Aug. 24, 2004.

Decided Sept. 7, 2004.

Jessica Boell, Esq., Portland, OR, for
Petitioner.

Regional Counsel, Western Region Im-
migration & Naturalization Service, Lagu-
na Niguel, CA, Ronald E. Lefevre, Chief
Legal Officer, Office of the District Coun-
sel, San Francisco, CA, Mary Jane Can-
daux, Esq., Deborah N. Misir, Esq., U.S.
Department of Justice Civil Div./Office of
Immigration Lit., Washington, DC, for Re-
spondent.

Before: SCHROEDER, Chief Judge,
GOODWIN, and TASHIMA, Circuit
Judges.

MEMORANDUM *

Juana Pelico Perez, a citizen of Gua-
temala, petitions for review of an order of
the Board of Immigration Appeals affirm-
ing the Immigration Judge's (IJ) order
denying her request for asylum and with-
holding of removal. The BIA disagreed
with the IJ's finding of falsified letters,
and there is no other express adverse
credibility finding.

The IJ disregarded petitioner's testimo-
ny that her common law husband had been
burned to death by army soldiers, that she
had been assaulted and threatened by
army soldiers, and that she continued to
receive threatening letters from unidenti-
fied sources until her departure for the
United States in 1996. She established by
testimony that we must deem credible that
she suffered persecution on the basis of
her Quiche Indian ethnicity and imputed
support of the guerrillas. The IJ relied
strongly on the Country Report to support
her decision. The government bears the
burden of showing changed country condi-

* This disposition is not appropriate for publica-
tion and may not be cited to or by the courts
of this circuit except as provided by Ninth
Circuit Rule 36–3.

tions, however and there must be some individualized showing. *See Lopez v. Ashcroft,* 366 F.3d 799 (9th Cir.2004). We must remand for resolution of those issues. *See INS v. Ventura,* 537 U.S. 12, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002) (per curiam).

Petition GRANTED AND REMANDED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.